

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

August 9, 2022

**VIA CM/ECF**

Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fischer Federal Building & U.S. Courthouse
402 East State Street, Trenton, New Jersey 08 608

Re: *Janssen Pharmaceuticals, Inc. et al v. Mylan Laboratories Ltd.*, No. 3:20-cv-13103 (consolidated)

Dear Judge Castner:

This Firm, along with Patterson Belknap Webb & Tyler, represents Plaintiffs Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals NV, and Janssen Research & Development, LLC (collectively, "Janssen") in the above action. We write on behalf of all parties to respectfully request that final pretrial briefs not be submitted in this matter.

In considering the filing of pretrial merits briefs in this matter, the parties have taken into consideration the following: Under the scheduling order entered on May 7, 2021 by Judge Goodman (the "Original Scheduling Order"), the parties are to file "any final pretrial briefs by October 1, 2022." (ECF No. 30.) As the Court is aware, certain dates in the Original Scheduling Order have since changed and other dates have been added. Specifically, motions *in limine* will be filed on August 19, and oppositions will be filed on September 2. (*See* ECF No. 76.) The parties will file a joint proposed final pretrial order on September 6. (ECF No. 69.) Both a final pretrial conference and a tutorial will be held on September 8. (*Id.*) And trial will begin on October 3, 2022. (ECF No. 49.) In light of the current pretrial schedule, the scheduled technology tutorial next month, and in an effort to conserve time and costs, it would be much appreciated if the Court would consider forgoing the filing of pretrial merits briefing. Of course, if Your Honor prefers that the parties file pretrial briefs, we will do so at the Court's direction, but we thought it judicious to obtain Your Honor's guidance in this regard.

We thank Your Honor for her kind consideration of this submission and look forward to hearing from the Court. Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully,

*s/ Keith J. Miller*
Keith J. Miller

cc: All Counsel of Record (via CM/ECF)